**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>    Plaintiff,<br><br>    v.<br><br>EUSTOLIA VALVERDE MENDEZ, et al.,<br><br>    Defendants. | No. CV 20-11394 PA (SKx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's June 23, 2021 Order denying the Motion for Default Judgment filed by Plaintiff, which dismissed Plaintiff's federal claim for lack of subject matter jurisdiction as a result of Plaintiff's lack of standing, and declined to exercise supplemental jurisdiction over the state law claim contained in Plaintiff's Complaint, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: June 23, 2021

                                                              Percy Anderson<br>
                                                      United States District Judge